NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**COASTAL INDUSTRIES, INC.,**
*Appellant*

**v.**

**SHOWER ENCLOSURES AMERICA, INC.,**
*Cross-Appellant*

———————————

2019-1431, 2019-1472

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00573.

———————————

**JUDGMENT**

———————————

JOSEPH P. KINCART, SR., Rogers Towers, P.A., Jacksonville, FL, argued for appellant. Also represented by TRACE HUNTER JACKSON; ANDRES ARRUBLA, Coastal Industries, Inc., Jacksonville, FL.

RYAN MATTHEW FOUNTAIN, Mishawaka, IN, argued for cross-appellant.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 9, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |